People ex rel. Blakey v Toulon (2023 NY Slip Op 05955)

People ex rel. Blakey v Toulon

2023 NY Slip Op 05955

Decided on November 17, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
PAUL WOOTEN
WILLIAM G. FORD
LILLIAN WAN, JJ.

2023-10126

[*1]The People of the State of New York, ex rel. Michael Blakey, on behalf of Raymond Bouderau, petitioner,
v
Errol D. Toulon, etc., respondent.

Michael Blakey, Westhampton Beach, NY, petitioner pro se.
Raymond A. Tierney, District Attorney, Riverhead, NY (Kim Marie Carson of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Raymond Bouderau upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 73673/2022.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner set forth a sufficient change in circumstances to warrant bail review. However, upon this Court's review, we find that the determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DUFFY, J.P., WOOTEN, FORD and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court